E. LYNN SCHOENMANN, Trustee
800 Powell St
San Francisco CA 94108

Telephone: (415) 362-0415
Fax:       (415) 362-0416
Email:     lschoenmann@earthlink.net

**FILED**

JUN 0 2 2005

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 02-30297 STC |
| MULTITUDE INC | NOTICE OF UNCLAIMED DIVIDENDS |
| Debtor(s) | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3010, the trustee in the above captioned case hereby turns over to the court, unclaimed dividend in the amount of $17,034.04. The name and address of the claimants entitled to the unclaimed dividends are as follows:

| Claim No. | Name & Address of Claimant | Amount | |
|---|---|---|---|
| 1 | TELSTAR COMMUNICATIONS<br>175 Price Court<br>Tracy CA 95376 | $247.25<br>$2,325.09 | (CK#3023)<br>(CK#3008) |
| 3 | IPEX<br>C/O Hall Kinion<br>2570 N 1st St<br>San Jose CA 95131 | $2,528.44<br>$268.87 | (CK#3010)<br>(CK#3025) |
| 5 | ASIAN GRAPHICS<br>245 S Van Ness Ave Ste 302<br>San Francisco CA 94103 | $240.92<br>$25.62 | (CK#3012)<br>(CK#3027) |
| 6 | EDATACOM POSTMASTERCOM<br>Craig Sherar PA<br>2701 S Bayshore Dr<br>Coconut Grove FL 33133 | $3,868.48 | (CK#3013) |

-1-

| | | | | |
|---|---|---|---|---|
| 1 | 9 | INGAP INC | $6,805.66 | (CK#3016) |
| 2 | | 716 Laurel St Ste 11<br>San Carlos CA 94070 | $723.71 | (CK#3031) |

TOTAL UNCLAIMED FUNDS         $17,034.04

DATED:    May 31, 2005              BY: _____
                                        E. LYNN SCHOENMANN
                                        TRUSTEE

- 2 -